# Court of Appeals
# of the State of Georgia

ATLANTA,　July 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1544. SOUTHERN PEACH REAL ESTATE AND DEVELOPMENT, LLC v. 222 MITCHELL OWNER, LLC.**

This appeal was docketed on April 23, 2014. To date, the appellant has not filed a brief as required by Court of Appeals Rule 23 (a). Accordingly, appellant's appeal is hereby dismissed pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,* 07/02/2014
　　*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
　　*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*